UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

GABRIEL R. ZACCARIA,

                Plaintiff,

  -against-                              6:98-CV-0183
                                                          (LEK/GHL)

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.

## **<u>DECISION AND ORDER</u>**

      This matter comes before the Court following a Report-Recommendation filed on August 26, 2005 by the Honorable George H. Lowe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(d) of the Northern District of New York.

      Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," Fed. R. Civ. P. 72(b), in compliance with L.R. 72.1.  In the interval of at least 15 days since the Magistrate Judge filed the subject Report-Recommendation, no objections to it have been raised.  Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

      Accordingly, it is hereby

      ORDERED, that the Report-Recommendation is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

1

ORDERED, that the decision of the Commissioner be **AFFIRMED** and complaint (Dkt. No. 1) be **DISMISSED**; and it is further

ORDERED, that the Clerk serve a copy of this order on all parties.

IT IS SO ORDERED.

DATED:    September 28, 2005
          Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge